## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA        JS-6

### CIVIL MINUTES—GENERAL

**Case No.** CV 16-09587-MWF (JPRx)                    **Date:  February 21, 2017**
**Title:**      Jesus Lopez -*v*- Central Loan Administration and Reporting, et al.

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk:<br>Rita Sanchez | Court Reporter:<br>Not Reported |
| Attorneys Present for Plaintiff:<br>None Present | Attorneys Present for Defendant:<br>None Present |

**Proceedings (In Chambers):**          ORDER DISMISSING ACTION WITH
                                        PREJUDICE

On February 2, 2017, the Court entered an Order Granting Defendant's Motion to Dismiss and OSC re Dismissal and Sanctions (the "Dismissal Order").  (Docket No. 13).  The Court granted Defendant's motion to dismiss, holding that not only did Plaintiffs' failure to oppose the motion operate as consent to its granting, but also that Plaintiffs' claims fail on the merits.  In the same Dismissal Order, the Court further ordered Plaintiffs to show cause why they should not be granted leave to amend; why they should not be sanctioned for failure to participate in preparing the Rule 26(f) status report, and why the action should not be dismissed for failure to prosecute.  The Dismissal Order explained that failure to respond timely would result in dismissal of the action with prejudice.

The Court set Monday, February 13, 2017 as the due date for Plaintiffs' response.  The Court waited a further week out of courtesy to Plaintiffs.  Nevertheless, Plaintiffs have filed nothing.

Accordingly, the action is **DISMISSED** ***with prejudice***.  *See* Fed. R. Civ. P. 41(b) (permitting the Court to dismiss an action for failure to comply with the Court's orders); Local Rule 41-5 (stating that failure to respond to the noticed call of any action or proceeding may result in dismissal for failure to prosecute).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA          JS-6

CIVIL MINUTES—GENERAL

**Case No.  CV 16-09587-MWF (JPRx)**                    **Date:  February 21, 2017**
Title:          Jesus Lopez -*v*- Central Loan Administration and Reporting, et al.

     This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

     IT IS SO ORDERED.